## MITCHELL V. THE STATE.

### *Crime.*

(Decided June 13, 1907.)

APPEAL from Covington Circuit Court.
Heard before Hon. A. A. PEARCE.
No counsel marked for appellant.
ALEXANDER M. GARBER, Attorney General, for the State.
Affirmed. Opinion by TYSON, C. J.
DOWDELL, ANDERSON and McCLELLAN, JJ., concur.

---

## SNODGRASS V. JACKSON, ET AL.

### *Equity.*

(Decided June 13, 1907.)

APPEAL from Jackson Chancery Court.
Heard before Hon. W. H. SIMPSON.
VIRGIL BOULDIN, for appellant.
BILBRO & MOODY, for appellee.
DOWDELL, J.—Affirmed on authority of *Jackson v. Snodgrass*, 140 Ala. 255; 37 South. 246.
TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.